IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO.: MDL 875 |
| ROBERT W. MODLEY, PERSONAL REPRESENTATIVE OF THE ESTATES OF PATRICIA R. MODLEY AND FRANKLIN JOSEPH MODLEY, DECEASED | ED-PA C.A. No. 2:07-CV-62874 |
| Plaintiff, v. | |
| 20TH CENTURY GLOVE CORP. OF TEXAS, et al., | |
| Defendants. | |

## VOLUNTARY DISMISSAL ORDER
## OF HONEYWELL INTERNATIONAL, INC.

On this day came the above-referenced plaintiff, by counsel, James A. McKowen, and came defendant, Honeywell International, Inc., by counsel, Julie L. Nord, and announced to the Court that plaintiff wishes to voluntary dismiss his claims against Honeywell International, Inc.

WHEREFORE, the Court ORDERS, ADJUDGES, and DECREES that Honeywell International, Inc. be dismissed from this cause of action.

ENTERED this 23rd day of July, 2009.

_____
Judge
Eduardo C. Robreno, J.

PRESENTED BY:

_____
James A. McKowen (WVSB#2481)
James F. Humphreys & Associates, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301
(304) 347-5050

_____
Julie L. Nord (WVSB #8980)
Davies, McFarland & Carroll, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA 15222