BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FRANKLIN JOSEPH MODLEY, et al.
v.
20th CENTURY GLOVE CORP. OF TEXAS, ET AL.
(SOUTHERN DISTRICT OF WEST VIRGINIA NO. 2:06-213)

**VOLUNTARY DISMISSAL ORDER
OF OHIO VALLEY INSULATING COMPANY, INC.**

FILED

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On this day came the above-referenced plaintiffs, by counsel, James A. McKowen, and came defendant, Ohio Valley Insulating Company, Inc., by counsel, David E. Lamm, and announced to the Court that plaintiffs wish to voluntary dismiss their claims against Ohio Valley Insulating Company, Inc.

WHEREFORE, the Court ORDERS, ADJUDGES, and DECREES that Ohio Valley Insulating Company, Inc. be dismissed from this cause of action without prejudice.

ENTERED this 2nd day of August, 2007.

Eduardo C. Robreno, J.

PRESENTED BY:

James A. McKowen (WVSB#2481)
James F. Humphreys & Associates, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV   25301
(304) 347-5050

David E. Lamm (WVSB#6445)
Davies, McFarland & Carroll, P.C.
One Gateway Center, The Tenth Floor
Pittsburgh, PA   15222
(412) 281-0730